**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| GENUINE ENABLING TECHNOLOGY LLC<br><br>Plaintiff,<br><br>v.<br><br>NINTENDO CO. LTD and NINTENDO OF AMERICA INC.<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>) C.A. No. 17-134-UNA-SRF<br>)<br>)<br>)<br>)<br>)<br>) |

**UNOPPOSED MOTION TO EXTEND TIME**

WHEREAS, on February 8, 2017, Plaintiff Genuine Enabling Technology LLC ("Plaintiff") effected service of process upon Nintendo of America Inc. ("Nintendo America"); and

WHEREAS, Nintendo Co. Ltd. ("Nintendo Co." and collectively with Nintendo America, "Nintendo") desires to waive service of process effective as of February 8, 2017, in exchange for an extension, through May 30, 2017, to respond to the Complaint.

NOW THEREFORE, Plaintiff by and through its undersigned counsel, respectfully moves to extend the deadline for Nintendo to move, answer, or otherwise respond to the Complaint in this action until May 30, 2017.  In exchange for this extension, Nintendo agrees to accept service of process, effective as of February 8, 2017, and to waive all defenses identified in Federal Rules of Civil Procedure 12(b)(4) and 12(b)(5).

| | |
|---|---|
| March 2, 2017 | BAYARD, P.A. |
| | |
| |  */s/ Stephen B. Brauerman*<br>Stephen B. Brauerman (No. 4952)<br>Sara E. Bussiere (No. 5725)<br>222 Delaware Avenue, Suite 900<br>Wilmington, DE 19801<br>(302) 655-5000<br>sbrauerman@bayardlaw.com<br>sbussiere@bayardlaw.com |
| | |
| | *Attorneys for Plaintiff Genuine Enabling Technologies, LLC* |

IT IS SO ORDERED this _____ day of _____, 2017.

_____
The Honorable Sherry R. Fallon
United States Magistrate Judge