IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| GENUINE ENABLING TECHNOLOGY LLC, ) <br> ) <br> Plaintiff, ) <br> ) <br> v.    ) <br> ) <br> NINTENDO CO., LTD. and ) <br> NINTENDO OF AMERICA INC., ) <br> ) <br> Defendants. ) | C.A. No. 17-134-VAC-CJB |

**DEFENDANT NINTENDO OF AMERICA INC.'S
MOTION TO DISMISS OR TRANSFER VENUE TO THE
<u>WESTERN DISTRICT OF WASHINGTON PURSUANT TO § 1406(a)</u>**

Pursuant to 28 U.S.C. § 1406(a), Defendant Nintendo of America Inc. ("NOA") respectfully moves the Court to transfer this entire case to the Western District of Washington or, alternatively, dismiss Plaintiff's claims against NOA. The grounds for NOA's request are set forth fully in the accompanying opening brief.

WHEREFORE, NOA respectfully requests that the Court grant its motion transfer the entire case to the Western District of Washington. A proposed order is submitted herewith.

| | |
|---|---|
| OF COUNSEL: <br> Jerry A. Riedinger <br> Jonathan L. McFarland <br> Lane M. Polozola <br> PERKINS COIE LLP <br> 1201 Third Avenue, Suite 4900 <br> Seattle, WA 98101 <br> (206) 359-8000 <br><br> David R. Pekarek Krohn <br> PERKINS COIE LLP <br> 1 East Main St., Suite 201 <br> Madison, WI 53703 <br> (608) 663-7496 | */s/ Karen E. Keller* <br> John W. Shaw (No. 3362) <br> Karen E. Keller (No. 4489) <br> Andrew E. Russell (No. 5382) <br> SHAW KELLER LLP <br> I.M. Pei Building <br> 1105 North Market Street, 12th Floor <br> Wilmington, DE 19801 <br> (302) 298-0700 <br> jshaw@shawkeller.com <br> kkeller@shawkeller.com <br> arussell@shawkeller.com <br> *Attorneys for Defendants* |

Dated: May 30, 2017