IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| GENUINE ENABLING TECHNOLOGY LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 17-134-VAC-CJB |
| | ) | |
| NINTENDO CO., LTD. and | ) | |
| NINTENDO OF AMERICA INC., | ) | |
| | ) | |
| Defendants. | ) | |

**[PROPOSED] ORDER GRANTING
DEFENDANT NINTENDO OF AMERICA INC.'S
MOTION TO DISMISS OR TRANSFER TO THE
<u>WESTERN DISTRICT OF WASHINGTON PURSUANT TO § 1406(a)</u>**

At Wilmington this ____ day of _____, 2017, having considered Defendant Nintendo of America Inc.'s ("NOA") Motion to Dismiss or Transfer to the Western District of Washington pursuant to 28 U.S.C. § 1406(a); IT IS HEREBY ORDERED that the motion is GRANTED. This action is hereby transferred to the United States District Court for the Western District of Washington in Seattle.

 _____
 United States Magistrate Judge