**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| GENUINE ENABLING TECHNOLOGY LLC, <br><br> Plaintiffs, <br><br> v. <br><br> NINTENDO CO., LTD. and NINTENDO OF AMERICA INC. <br><br> Defendants. | Civil Action No. 1:17-cv-00134 <br><br> **JURY TRIAL DEMANDED** |

## DECLARATION OF KRISTOPHER KIEL

| | |
|---|---|
| OF COUNSEL: <br><br> Jerry A. Riedinger <br> Jonathan L. McFarland <br> Lane M. Polozola <br> Perkins Coie LLP <br> 1201 Third Avenue, Suite 4900 <br> Seattle, WA  98101-3099 <br> Tel:  206-359-8000 <br> jriedinger@perkinscoie.com <br> jmcfarland@perkinscoie.com <br> lpolozola@perkinscoie.com <br><br> David R. Pekarek Krohn <br> Perkins Coie LLP <br> 1 East Main St., Suite 201 <br> Madison, WI 53703 <br> Tel: 608-663-7496 <br> dpekarekkrohn@perkinscoie.com <br><br> Dated:  May 30, 2017 | Karen E. Keller <br> Andrew E. Russell <br> Shaw Keller LLP <br> 1105 N. Market Street <br> 12th Floor <br> Wilmington, DE 19801 <br> Tel:  302-298-0700 <br> kkeller@shawkeller.com <br> arussell@shawkeller.com <br><br> *Attorneys for Defendants Nintendo of America Inc. and Nintendo Co., Ltd.* |

I, Kristopher Kiel, declare:

1. Unless otherwise indicated, I make this declaration on the basis of personal knowledge, and if called to testify as a witness, I would and could testify competently hereto.

2. I am Senior Corporate Counsel at Nintendo of America Inc. ("NOA"). I make this declaration in support of Nintendo's Motion to Transfer Venue to the Western District of Washington and NOA's Motion to Dismiss or Transfer.

3. NOA is a Washington company with its principal place of business in Redmond, Washington. NOA is responsible for importing, marketing, selling, and distributing Nintendo products in the United States. NOA is a wholly-owned subsidiary of Nintendo Co., Ltd. ("NCL").

4. NCL is a Japanese company with its headquarters in Kyoto, Japan. NCL employees in Japan develop Nintendo's video-game systems and peripherals, including the Wii Remote. The Wii Remote was designed and developed in Japan. NCL's design documents, and most development-related documents, are in Japan. NCL maintains technical documents relating to the development of the Wii Remote. NCL does not operate an office in Delaware, employ anyone in Delaware, or maintain any files in Delaware.

5. NOA is responsible for importing, marketing, selling, and distributing Nintendo products in the United States. NOA has roughly 1,113 employees, 1,025 of which work in one of NOA's facilities in Washington (Redmond and North Bend). Approximately 908 of NOA's employees work at NOA's Redmond, Washington headquarters.

6. NOA's Redmond headquarters is the strategic center of NOA's business. Most decisions relating to NOA's overall business strategy are made in Redmond, and key sales and marketing decisions about the sale of Nintendo's products in the United States also generally

- 2 -

occur in Redmond. Documents relevant to this case are located in Redmond, including documents relating to importation, finance, sales, designs for manuals and product packaging, licensing, contracts and agreements, advertising, and marketing related to the accused Nintendo Products. The versions of product manuals, instruction manuals, marketing materials, and other consumer-facing documents that are prepared for the United States market are created in Redmond, Washington and, to a lesser extent, in Redwood City, California. There are also technical documents relating to the Wii Remote in Redmond, but the majority of technical documentation is in Japan. NOA also has an office in Redwood City, California, where its Senior Vice-President of Marketing is based. Implementation of marketing plans is handled out of Redwood City.

7.  Neither NOA nor NCL (nor any company or organization owned by either) has any facilities, property, offices, or employees in Delaware. NOA has a subsidiary, NES Merchandising, Inc. ("NMI"), which is a Nevada corporation based on the West Coast. NMI supports NOA's retail sales throughout the United States, including Delaware. But NMI does not possess any documents uniquely relevant to this action, or employ anyone with knowledge relevant to this action. Like NOA and NCL, NMI does not have any facilities, property, offices, or employees in Delaware. NCL has a French subsidiary called Nintendo European Research & Development SAS ("NERD SAS") (formerly known as Mobiclip, which was formerly known as Actimagine). Prior to 2016, an affiliate of NERD SAS called NERD Inc. was incorporated in Delaware. In 2016, NERD Inc. was merged into Nintendo Technology Development Inc. ("NTD"), which is (and was) a Washington corporation. NTD was the surviving entity of that merger. It is my understanding that NERD Inc. had no employees or offices in Delaware and that all of the work was performed out of France and elsewhere. It is my understanding that

LEGAL135382261.2

counsel for Genuine Enabling Technology LLC ("GET") has inquired regarding Nintendo Services USA, Inc., which was incorporated in Delaware. Nintendo Services USA, Inc. was a subsidiary of NCL relating to retail sales of Pokémon products in New York, but Nintendo Services USA, Inc. was dissolved in 2005. It is my understanding that counsel for GET has also inquired regarding The Nintendo Source Corporation. To the best of my knowledge, The Nintendo Source Corporation is not (and was not) related to NOA or NCL.

8. To the contrary, NOA's employees who may possess knowledge relevant to this case are located primarily in Washington and, in one instance, Northern California. In particular, potential witnesses from NOA in this case of whom I am aware include:

> *Rod Teuber*. Mr. Teuber is the Corporate Comptroller for NOA. Mr. Teuber coordinates Nintendo's financial reporting activities, assuring proper financial reporting and compliance with generally accepted accounting principles. Mr. Teuber has knowledge about sales and distribution of Nintendo's products in the United States, including such knowledge about the Wii Remote. Mr. Teuber works at NOA's Redmond headquarters.
>
> *Chris Guinn*. Mr. Guinn is Senior Patent Counsel for NOA. Mr. Guinn has knowledge of Nintendo's patent licensing practices. Mr. Guinn works at NOA's Redmond headquarters.
>
> *Nicolas Chavez*. Mr. Chavez is Senior Director of Consumer Marketing for NOA. Mr. Chavez has knowledge of the sales and marketing efforts NOA undertakes in the United States to sell its products, including the Wii Remote. Mr. Chavez works in NOA's Redwood City office.

9. Trial in the Western District of Washington would be much more convenient and cost effective for NOA employees than trial in Delaware. NOA's headquarters in Redmond, Washington is roughly 13 miles from the Federal District Court in Seattle, which is approximately a thirty-minute drive. Witnesses could make an easy trip to court in the Western District of Washington, and would not have to be away from their work or families for an extended period of time, as they would be if trial takes place in Delaware. A trial in the Western District of Washington would be less disruptive for their work schedules. Traveling to Delaware

would be much more inconvenient and costly because NOA witnesses could not make day trips to and from Delaware, and would not have a place to work if required to stay in Delaware for extended periods of time. Trial in the Western District of Washington would also be much more convenient for witnesses from its Redwood City, California offices. Not only would it be closer to their homes, but they could use the Redmond headquarters as a base of operations while they are away from home.

10.     Additionally, NCL employees from Japan may possess knowledge related to the design and development of the accused Nintendo Products. Potential witnesses in this case from NCL of whom I am aware include:

> *Haruki Tojo.* Mr. Tojo is a software engineer in the Programming Management Group at NCL. Mr. Tojo was involved in the development of the Wii system, including the Wii Remote. In particular, Mr. Tojo was involved in the development of the Software Development Kit used by game developers to interact with the Wii Remote. He lives in Japan.
>
> *Kuniaki Ito.* Mr. Ito is a hardware engineer in the Electrical Engineering group at NCL. Mr. Ito was involved in the development of the Wii system, including the Wii Remote. In particular, Mr. Ito was involved in the creation of specification documents used to create the Wii Remote. This includes knowledge regarding the Bluetooth controller used in the Wii Remote. He lives in Japan.

11.     Appearing for trial in the Western District of Washington would be much more convenient and cost effective for NCL employees than trial in Delaware. Seattle is closer to Japan and more convenient than travel to Delaware. Nonstop flights are available from Tokyo to Seattle. However, there are no nonstop flights from Tokyo to Philadelphia. Further, if trial were held in the Western District of Washington, NCL witnesses could use NOA's headquarters in Redmond as a base of operations while they are away from home. Thus, their work schedule would not be disrupted as much by a trial in the Western District of Washington.

- 5 -

12.     Costs for NCL of proceeding through trial in Delaware will far exceed costs of proceeding in Washington.  In addition to the considerations above, Nintendo will incur added costs of conducting trial across the country.

13.     I noted above that NOA is responsible for importation into the United States. NOA purchases the Wii systems and Wii Remotes it sells or sold in the United States from NCL, imports them to ports in Washington State or (on occasion) California, and either collects them at its Washington distribution facilities or sends them directly to nonparties.  NOA does not import Wii products into Delaware.

**I declare under penalty of perjury that the foregoing is true and correct.**

Executed May 30, 2017, at Redmond, Washington.

_____
Kristopher Kiel