**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| GENUINE ENABLING TECHNOLOGY LLC,<br><br>          Plaintiff,<br><br>    v.<br><br>NINTENDO CO., LTD. and NINTENDO OF AMERICA INC.,<br><br>          Defendants. | C.A. No.: 17-134-MSG-CJB<br><br>JURY TRIAL DEMANDED |

**PLAINTIFF'S MOTION FOR LEAVE TO FILE COMBINED SURREPLY IN OPPOSITION TO NINTENDO OF AMERICA INC.'S MOTION TO DISMISS OR TRANSFER AND DEFENDANTS' MOTION TO TRANSFER**

Plaintiff Genuine Enabling Technology LLC ("Genuine Enabling") respectfully moves for leave to file the attached combined surreply (the "Surreply"), attached hereto as Exhibit 1, in opposition to Nintendo of America Inc.'s ("NOA") Motion to Dismiss or Transfer Venue to the Western District of Washington Pursuant to § 1406(a) ("NOA Motion") and Nintendo Co., Ltd.'s ("NCL") Motion and NOA's Alternative Motion to Transfer Venue to the Western District of Washington ("NCL Motion"). (D.I. 17, 19.) The Court's Chambers Policies and Procedures authorizes the filing of a surreply for non-summary judgment motions, subject to the approval of the Court, when "filed within fourteen (14) days of the filing of the document to which it replies." *See* Chambers Policies and Procedures (July 2013) at ¶ 9.

Accordingly, Genuine Enabling respectfully requests permission to file the Surreply, which addresses issues raised in Defendants' Combined Reply in Support of Nintendo of America Inc.'s Motion to Dismiss or Transfer and Defendants' Motion to Transfer ("Defendants'

1

Combined Reply") not addressed in Genuine Enabling's opening briefs. (D.I. 27.) Those issues include: (1) recent case law[1] clarifying what activities satisfy "regular and established place of business" for the purposes of 28 U.S.C. § 1400(b); (2) recent case law[2] clarifying the scope of venue-related discovery; (3) Defendants' analysis of the law cited by Genuine Enabling in its Answering Brief; (4) the "supplemental" authority cited by Defendants; and (5) the weight given to certain factors in Defendants' transfer analysis. Genuine Enabling is filing this motion for leave within 14 days of the date that Defendants filed its Combined Reply.

Dated: July 10, 2017

Peter D. Shapiro
Christopher M. Gerson
Giancarlo L. Scaccia
FITZPATRICK, CELLA, HARPER & SCINTO
1290 Avenue of the Americas
New York, New York 10104-3800
Tel: (212) 218-2100
Fax: (212) 218-2200
pshapiro@fchs.com
cgerson@fchs.com
gscaccia@fchs.com

BAYARD, P.A.

*/s/ Stephen B. Brauerman*
Stephen B. Brauerman (No. 4952)
Sara E. Bussiere (No. 5725)
222 Delaware Avenue, Suite 900
P.O. Box 25130
Wilmington, DE 19899
Tel: (302) 655-5000
sbrauerman@bayardlaw.com
sbussiere@bayardlaw.com

*Attorneys for Plaintiff*

---

[1] The case law cited includes cases that issued after Genuine Enabling filed its answering briefs.

[2] The case law cited includes cases that issued after Genuine Enabling filed its answering briefs.